**SO ORDERED.**

**SIGNED this 20 day of July, 2010.**



_____
**ROBERT E. NUGENT**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS AT WICHITA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Lissa Kern, *Debtor(s)* ) | |
| ) | Case No. 08-12768-ren |
| U.S. Bank, N.A., by US Bank Home Mortgage, loan ) | |
| servicing agent for *Creditor* ) | Chapter: 13 |
| ) | |
| vs. ) | |
| ) | |
| Lissa Kern, *Debtor(s)* ) | |
| ) | |
| and ) | |
| ) | |
| Laurie B. Williams, *Trustee* ) | |

### ORDER GRANTING *IN REM* RELIEF FROM STAY

**THIS MATTER** comes on for consideration upon the Motion of U.S. Bank, N.A., by US Bank Home Mortgage, its successors or assigns ("Creditor"), for its Motion for Relief from Stay. Notice with Opportunity of Hearing on this matter was properly given, no timely objections were filed, and no hearing was held on the matter.

File No. 92958
Case No: 08-12768-ren

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage v. Lissa Kern
Case No. 08-12768-ren
Chapter 13
Order Granting Relief From Stay
Page 2

**IT IS THEREFORE BY THE COURT ORDERED** that said Motion be and it is hereby GRANTED, in that Creditor, its successors or assigns, is hereby authorized to foreclose the lien of its mortgage as to the real property legally described as

> **Lot Twenty-Three (23), Block Twenty-One (21), SOUTHERN HEIGHTS ADDITION to the City of Salina, Saline County, Kansas,** commonly known as 905 Sheridan Street, Salina, KS 67401, (the "Property")

**IT IS FURTHER ORDERED**, that Creditor, its successors or assigns, is hereby authorized to pursue its state court remedies *in rem* to recover possession of the aforesaid real estate in accordance with the terms and provisions of its Mortgage and the laws of Kansas pertaining thereto, and for such purposes the stays of 11 U.S.C. Section 362 are hereby terminated.

**IT IS THEREFORE BY THE COURT ORDERED** that the secured claim of Creditor, claim number 11, is disallowed as a claim herein, without prejudice to any funds which may have been paid prior to stay modification.

**IT IS SO ORDERED**

###

SOUTH & ASSOCIATES, P.C.
*s/ Steven L. Crouch*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Courtney K. Blasi, (MBE #60506; KS #78129)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 92958
Case No: 08-12768-ren

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage v. Lissa Kern
Case No. 08-12768-ren
Chapter 13
Order Granting Relief From Stay
Page 3


  _S/ LAURIE B. WILLIAMS_____
Laurie B. Williams
225 N. Market Street, Suite 310
Wichita, KS  67202
**TRUSTEE**

File No. 92958
Case No: 08-12768-ren